**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

ROBERT FRAZER
UNITED STATES ATTORNEY

*Christopher J. Stratigeas*
*Assistant United States Attorney*

*970 Broad Street, Suite 700*
*Newark, New Jersey 07102*
*christopher.stratigeas@usdoj.gov*

*Main: (973) 645-2700*
*Direct: (973) 297-2029*

July 23, 2026

**Via Electronic Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: *Aponte Montoya v. Blanche, et al.*, No. 26-08671 (MCA); Update re: Release.**

Dear Judge Arleo:

This Office represents Respondents in the above-referenced habeas matter. We respectfully write in accordance with the Court's July 23, 2026 Text Order (ECF No. 4) ordering Petitioner's release within twenty-four (24) hours of entry of the Text Order. U.S. Immigration and Customs Enforcement ("ICE") has advised this Office that it released Petitioner from its custody on July 23, 2026 at approximately 2:00 p.m. ICE has further advised this Office that Petitioner was released from its custody without the imposition of additional conditions that existed prior to detention and with all documented funds and personal property located at Delaney Hall.

We thank the Court for its attention to this matter.

Respectfully submitted,

ROBERT FRAZER
United States Attorney

*s/ Christopher J. Stratigeas -*
Christopher J. Stratigeas
Assistant U. S. Attorney
*Attorneys for Respondents*

cc: All Counsel of Record (*via electronic filing*)

Case shall be closed.
SO ORDERED

*s/Madeline Cox Arleo*
MADELINE COX ARLEO, U.S.D.J.

Date: 7/24/26